UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MAE KOETJE,

    Petitioner,

v.

CLARICE STOVALL,

    Respondent,
_____/

CASE NO. 05-CV-70660-DT
HONORABLE GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on August 15, 2006.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

                                          *DAVID J. WEAVER*
                                          *CLERK OF THE COURT*

                                          *BY: s/Josephine Chaffee*
                                              *DEPUTY COURT CLERK*

Dated: August 15, 2006